United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSIE KELLY HODGE, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:20-CV-2088 § THE GUARDIAN LIFE INSURANCE § COMPANY OF AMERICA, *et al*, § § Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 63) signed by Magistrate Judge Christina Bryan on September 10, 2021 regarding **Instrument 52**. Plaintiff timely filed objections. The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

Plaintiff's Motion for Summary Judgment **(Instrument No. 52)** is **DENIED**; Defendants' Motion for Judgment Under Rule 52 **(Instrument No. 51)** is **GRANTED**; and this case is **DISMISSED with prejudice.**

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 3rd day of November, 2021, at Houston, Texas.

*Vanessa D. Gilmore*
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE